FILED
JAMES J. VILT, JR. - CLERK
FEB 11 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

MACIA NEEKO MOORE
LEE T. BROWN

INDICTMENT

NO. 1:26-Cr-17-GNS
18 U.S.C. § 371
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1708
28 U.S.C. § 2461

26-3037MJ

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Receive Stolen Mail Matter)*

Beginning on a date unknown to the Grand Jury, but at least as early as January 2025, and continuing through May 2025, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, **MACIA NEEKO MOORE** and **LEE T. BROWN**, the defendants, did knowingly and willfully conspire and agree together and with each other, and with other persons known to the Grand Jury, to defraud the United States, to wit, to receive, conceal, or unlawfully possess mail or an article contained therein, specifically checks which had been stolen, taken, embezzled and abstracted from a letter box, post office, mail receptacle, mail route or carrier, which was an authorized depository for mail matter, knowing the said mail or article contained therein to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

In violation of Title 18, United States Code, Sections 371 and 1708.

## NOTICE OF FORFEITURE

If convicted of a violation of Title 18, United States Code, Section 1708, **MACIA NEEKO MOORE** and **LEE T. BROWN**, defendants herein, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of the violation.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

A TRUE BILL

REDACTED

FOREPERSON

*Kyle Bumgarner* (signature)

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:RNR

UNITED STATES OF AMERICA v. MACIA NEEKO MOORE and LEE T. BROWN

## PENALTIES

Count 1: NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEE T. BROWN | ) | Case No. 1:26-cr-17-GNS |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LEE T. BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:371 AND 1708 CONSPIRACY TO RECEIVE STOLEN MAIL MATTER

Date: 02/26/2026

*Issuing officer's signature*

City and state: Bowling Green, Kentucky

James J. Vilt, Jr, Clerk by S/ D.W., Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/1/2026, and the person was arrested on *(date)* 3/2/2026
at *(city and state)* Phoenix, AZ

Date: 3/2/2026

*Arresting officer's signature*

Alexander Huyett, Postal Inspector
*Printed name and title*